NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARUS HOLDINGS, INC.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2023-2296, 2023-2297

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00358, IPR2022-00523.

---

## JUDGMENT

---

JOHN BRUCE CAMPBELL, McKool Smith, P.C., Austin, TX, argued for appellant.  Also represented by JOEL LANCE THOLLANDER; SCOTT W. HEJNY, Dallas, TX.

BENJAMIN HABER, O'Melveny & Myers LLP, Los Angeles, CA, argued for appellee.  Also represented by WILLIAM FINK, Washington, DC; CAITLIN P. HOGAN, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES, MAYER, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2025
Date

Jarrett B. Perlow
Clerk of Court